Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

CLEOPHUS SYLVESTER
SHEPARD,

               Defendant.

No. CR18-147 RAJ

ORDER DENYING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE

     THIS MATTER comes before the Court upon Defendant Cleophus Sylvester Shepard's Motion for Early Termination of Supervised Release (Dkt. #49). Having considered the Motion, the Government's Response, Defendant's Reply, and the files and pleadings herein,

     IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. #49) is DENIED as premature. Should Defendant remain in compliance with the conditions of supervised release for an additional year, Defendant may renew his motion at that time.

     DATED this 6th day of April, 2020.

The Honorable Richard A. Jones
United States District Judge