Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLEOPHUS SHEPARD,<br><br>Defendant. | No. CR18-147RAJ<br><br>ORDER DENYING DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Cleophus Shepard's Second Motion for Early Termination of Supervised Release. Dkt. 55. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Second Motion for Early Termination of Supervised Release (Dkt. 55) is **DENIED**.

DATED this 8th day of September, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1